

FILED

NOV 27 2012

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

MISSOULA DIVISION

| | | |
|---|---|---|
| RONALD PETERSEN, | ) | Cause No. CV 12-125-M-DLC-JCL |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER REQUIRING RESPONSE |
| | ) | FROM PETITIONER |
| WARDEN MARTIN FRINK; ATTORNEY GENERAL OF THE STATE OF MONTANA, | ) ) ) ) | |
| Respondent. | ) | |

On July 11, 2012, Petitioner Ronald Petersen moved to proceed in forma pauperis with this action for a writ of habeas corpus under 28 U.S.C. § 2254. Petersen is a state prisoner proceeding pro se.

Further information is required as to two of Petersen's claims. Petersen's petition states that counsel "lied" to him about the facts of his case. Pet. (doc. 1) at 6 ¶ 14A, 7 ¶ 14D. He must state what the lies were, what the truth was, and what he would have done differently had he known the truth. Petersen also states that he was not permitted to see or hear any of the recorded evidence until after he pled guilty,

1

"and then only part of it." Petersen must explain what he would have done differently if he had had access to the recorded evidence before he pled guilty, and he must also specify what he has now seen and heard, as well as (if he knows) what he has not.

Based on the foregoing, the Court enters the following:

## ORDER

Petersen must respond to this Order on or before **December 11, 2012.**

Petersen must immediately notify the Court of any change in his mailing address by filing a "Notice of Change of Address." Failure to do so may result in dismissal of his case without notice to him.

DATED this 27th day of November, 2012.

Jeremiah C. Lynch
United States Magistrate Judge